UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY JOHNSON,<br>    Plaintiff,<br><br>-v-<br><br>CREDIT ACCEPTANCE CORPORATION,<br>    Defendant. | No. 1:21-cv-681<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court granted Defendant's motion to compel arbitration. Accordingly, Plaintiff's claims alleged in this lawsuit are **DISMISSED WITHOUT PREJUDICE.** As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   October 14, 2021                                        /s/  Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge